# INSTRUCTIONS FOR APPELLATE CLERK'S

1) Please file all (3) Three sets of motions enclosed, with an Appellate filed stamp/seal

2) After filing these Motion's, please make one copy of each page(s) and send it to the Pro-Se Appellant address to:

Mr. Arnold LaMotte, Jr.
Booking No. 1507853 DOB 1/23/1967
Travis County Correction Complex
3614 Bill Price Road
DelValle, Texas 78617

[Due to the Appellee's and/or State Employee Law Library Clerk's refused to send paper and/or make copies of all documents, therefore since 2/27/15 up to current dates, it has been intentionally, knowingly, and deliberately, Deny of Access to court material(s)]

3) Please present all legal documents for this Honorable Court & Judges can ruled upon them A.S.A.P.

Thank you for your assistant, help, and time regarding the enclosed matters

SIGNED THIS 19th DAY OF APRIL, 2015

_____
Pro-Se Appellant's Signature.

RECEIVED
APR 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# LEGAL RESEARCH REQUEST

## PLEASE COMPLETE ALL PORTIONS OF THIS FORM.
## FAILURE TO COMPLETE MAY RESULT IN DENIAL OF YOUR REQUEST.

Name and Date: _____ Housing: _____

Booking Number: _____ Date of Incarceration: _____

Can you read and write English? ☐ Yes ☐ No ?Puede hablar y leer ingles? ☐ Si ☐ No

Are you: ☐ Pre-trial? ☐ Post-conviction?

Date of Conviction: _____ (if known)

---

Please check (✓) the boxes next to the topics for which you need assistance:

☐ Current Criminal Case

☐ Habeas Corpus (general)?

☐ Post conviction Habeas Corpus?

☐ Federal Habeas Corpus?

☐ Other (Briefly explain)

_____

_____

☐ Current Civil Case:

☐ Civil rights 42 U.S.C.A. 1983 (Conditions of Confinement)

☐ Appeal

☐ Other (Briefly explain and indicate whether it is related to the conditions of your confinement)_____

_____

Are you represented by counsel in the above case(s)? ☐ Yes ☐ No

Attorney name: _____

Self Representation approved by court? ☐ Yes ☐ No

Briefly describe the materials that you are requesting or the subject matter on which you are seeking assistance: _____

_____

_____

_____

Inmate Signature

Date Request Received: _____

Staff Response: _____

_____

_____

_____

TCSO Staff Signature / Date of response

xc:    file

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR.     §     IN THE THIRD

    Pro-Se Appellant     §     COURT OF APPEALS

v

THE STATE OF TEXAS     §     FOR AUSTIN, TEXAS

    Appellee's     §

                §

## TERMINATION OF AN ATTORNEY COURT APPOINTED NAME KAREN OPREA

COMES NOW FORTH, MR. ARNOLD RAY LAMOTTE, JR., (HEREINAFTER as the Pro-Se Appellant), and THE STATE OF TEXAS and their agencies, (HEREIN-AFTER as the Appellee's) of this above, entitled, and enclosed cause number...

This Motion is "NOTICE" of terminating a Karen Oprea, whom was Court appointed WITHOUT any kind of consent or permission by him to have her court appointed. Therefore, she is HEREBY FIRE, with good cause, for she is not strong enough to represent the Appellant, nor will she follow his orders to the letter, and more then ever, she will never put her career on the line, to prosecute a County Court Six Judge, nor a fellow lawyer, nor the County Attorney's & Office, nor a crooky prosecutor of the State, for Wrongful or False Imprisonment by the Appellee's...

The Appellant will be fully and completely representing himself, under Informa Pauperus or call Pro-Se Represent, for he is a NONE license law senior student, whom are in the final stages of being a lawyer. Therefore, unless a Court Appointed Lawyer from out of state and can follow my order's without delay and to the letter. I will be my own Lawyer, which I would have done, if I had known my previously lawyer Joe Taylor was not effective counsel, plus this Karen Oprea has not contact me up to today...

WHEREFORE PREMISES CONSIDERED and NOTICE being HEREBY giving

RECEIVED
APR 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

of the Termination of Karen Oprea and a Motion To Subpoena Records being attached to this Motion Letter of Termination. I am requesting that unless I ask for a Court Appointed lawyer, please don't give me one.

Let the records show, maintain, and rendered for this above, named, and entitled cause number show that Arnold LaMotte, Jr. will be the Pro-Se Appellant Lawyer, for his Appeal of lower County Court Six(6) cause no. CICR-12300283; see Exhibit "A", to Pre-Trial for enforcing termination...

SIGNED THIS 15th DAY OF APRIL , 2015

Respectfully submitted,

_____
Pro-Se Appellant's Signature

## CERTIFICATE OF SERVICE

I, Arnold LaMotte, Jr., the Pro-Se Appellant, HEREBY certifys that a true and correct copy of Termination Of An Attorney Court Appointed Named Karen Oprea", has been served and filed though Travis County Correction Complex Law Library, it's clerkus & office, which was filed in the Travis County, Texas Misdemeanor Clerk's Office and copies filed in the Third (3rd) Court of Appeals Clerk's Office. EXECUTED upon this 15th day of April , 2015.

_____
Pro-Se Appellant's Signature

TERMANATION OF AN ATTORNEY COURT
APPORNTED NAME KAREN OPREA
EXHIBIT "A"

INMATE ☒REQUEST ☒COMPLAINT ☐GRIEVANCE

Date: 4/15/15    Reviewed By (Employee Initials & Emp #): _____

*Return to Inmate*

TO: Pre-Trial Services
FROM: Arnoll LaMotte
Building / Unit / Cell: HSC1B

DOB: 1/23/1967
Booking #: 1507853

This is NOTICE of Terminating a Karen Opera, whom was Court appointed without authority or authorization by Mr. LaMotte. I am sure Karen Oprea is probably a great lawyer in your eyes, BUT, she will not follow MY orders to the letter, nor will she jeoparsized her law career to PROSECUTE a County Court Judge, a prosecutor, Conndy Attorney's & Office, etc...

I requested all the file of C1CR12300283 contents which is, over 30 days not in my hands yet. I requested from Joe Taylor his records and was denied access. Therefore, it is clearly shown that majority of Travis County Texas Lawyers are either crooky, unexperience, kiss butt, or simply scare to practize law like they was taught. Therefore, I am my OWN Lawyer for my Appeal, sorry...

**Staff Action / Response**

Responding Employee & Emp #

Date

White Copy:    Return to Inmate
Yellow Copy:    Inmate Incarceration File
Revised 09/97

copy from original

# LEGAL RESEARCH REQUEST

## PLEASE COMPLETE ALL PORTIONS OF THIS FORM.
## FAILURE TO COMPLETE MAY RESULT IN DENIAL OF YOUR REQUEST.

Name and Date: _____ Housing: _____

Booking Number: _____ Date of Incarceration: _____

Can you read and write English? ☐ Yes ☐ No  ?Puede hablar y leer ingles? ☐ Si  ☐ No

Are you:  ☐ Pre-trial?  ☐ Post-conviction?

Date of Conviction: _____ (if known)

---

Please check (✔) the boxes next to the topics for which you need assistance:

☐ <u>Current Criminal Case</u>                ☐ <u>Current Civil Case:</u>

☐ Habeas Corpus (general)?            ☐ Civil rights 42 U.S.C.A. 1983 (Conditions of Confinement)

☐ Post conviction Habeas Corpus?      ☐ Appeal

☐ Federal Habeas Corpus?              ☐ Other (Briefly explain and indicate whether it is related

☐ Other (Briefly explain)             to the conditions of your confinement)_____

_____             _____

_____

Are you represented by counsel in the above case(s)?  ☐ Yes      ☐ No

Attorney name: _____

Self Representation approved by court?  ☐ Yes      ☐ No

Briefly describe the materials that you are requesting or the subject matter on which you are seeking

assistance: _____

_____

_____

_____

                                          Inmate Signature

Date Request Received: _____

Staff Response: _____

_____

_____

                              TCSO Staff Signature / Date of response

xc:    file

FILED These Copies of One set to the this demeanor Clerk's office under previous lower county court cause no. C1CR12-360283 & send one set back to me ASAP--;

Filed Two of these copies to the Third (3rd) Court of Appeals Clerk's office and after filing, send back to me two of the copies showing file

Don't file, separate sheet for Motions

# LEGAL RESEARCH REQUEST

## PLEASE COMPLETE ALL PORTIONS OF THIS FORM.
## FAILURE TO COMPLETE MAY RESULT IN DENIAL OF YOUR REQUEST.

Name and Date: Arnold LaMette    4/15/15    Housing: HSC 13 B

Booking Number: 1507853    Date of Incarceration: 2-27-15

Can you read and write English? ☒ Yes ☐ No  ?Puede hablar y leer inglies? ☐ Si    ☐ No

Are you:    ☐ Pre-trial?    ☒ Post-conviction?

Date of Conviction: ___2·23-15___ (if known)

---

Please check (✓) the boxes next to the topics for which you need assistance:

☒ Current Criminal Case

☐ Habeas Corpus (general)?

☒ Post conviction Habeas Corpus?

☐ Federal Habeas Corpus?

☐ Other (Briefly explain)

10 sheets of paper
_____

☐ Current Civil Case:

☐ Civil rights 42 U.S.C.A. 1983 (Conditions of Confinement)

☐ Appeal

☐ Other (Briefly explain and indicate whether it is related to the conditions of your confinement)_____

_____

Are you represented by counsel in the above case(s)?    ☐ Yes    ☒ No

Attorney name: _____

Self Representation approved by court?    ☒ Yes    ☐ No

Briefly describe the materials that you are requesting or the subject matter on which you are seeking assistance: Please send all of case 727 S.W. 2d, 764 ② I need the case of all 446 U.S. at 335 " Cuyler vs Sullivan   ③ I need State Bar of Texas full and complete address A.S.A.P. (Also if you have the form to send to them for ineffective counsel...

Mul LaMette
_____
Inmate Signature

Date Request Received: _____

Staff Response: _____

_____

_____

_____

TCSO Staff Signature / Date of response

xc:    file

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR.          )5)          IN THE THIRD
        Pro-Se Appellant          5)
                                  5)          COURT OF APPEALS
    vs                            )5)
THE STATE OF TEXAS                )5)          OF AUSTIN, TEXAS
        Appellee's                )5)

MOTION TO SUBPOENA ALL DOCUMENT(S) FROM ATTORNEY OF LAW
LAWYER(S) JOE TAYLOR AND KAREN OPREA, TO BE SENT OR GIVEN TO THE
PRO-SE APPELLANT

GREETING(S) THIRD COURT OF APPEALS CLERK's & OFFICE,

        COMES NOW FORTH, MR. ARNOLD RAY LAMOTTE, JR. [HEREINAFTER
as the Pro-Se Appellant), and THE STATE OF TEXAS and their Agencies, [HEREINAFTER
as the Appellee's). It is brought forth that Joe Taylor has refused and denied to turn
over all records, documents, notes, etc... to the Pro-Se Appellant, to purse in his
Appeal. Therefore, along with other violations of Client & Lawyer's Ethics pursuant
to Texas Disciplinary Rules of Professional Conduct ¶ Rule 1.15(d) Declining or Termin-
ating Representation...

        In addition, a Karen Oprea whom not listed in the yellow pages, nor did or
could legal research provide a phone number or address to get any of records, of pull by her,
or about the Pro-Se Appellant.

        WHEREFORE PREMISES CONSIDERED, the Pro-Se Appellant, prayers for
the GRANTING of this Motion To Order Joe Taylor and Karen Oprea to release their re-
cords of the cause No. CICRI2-300283 in their possession to Arnold LaMotte, ASAP,
by sending and bringing the records and contents to wherever he is in the Appellee's
Custody...
        SIGNED THIS 15ᵗʰ DAY OF APRIL

RECEIVED
APR 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Respectfully submitted,

_Pro-Se Appellant's Signature_

# CERTIFICATION OF SERVICE

I, Arnold LaMotte, Jr., the Pro-Se Appellant, HEREBY certify, that a true and correct copies " Motion To Subpoena All Documents From Attorney of Law Lawyers Joe Taylor And Karen Oprea To Be Sent Or Given To The Pro-Se Appellant", has been served by a filed and though Travis County Correction Complex Law Library Jail Clerk's, Library & Office, to the Misdemeanor Clerk's Office Of Travis County, Texas and to the Third (3ʳᵈ) Court of Appeal's Clerk's Office. EXECUTED on this 15ᵗʰ day of April , 2015, and lawyers can be founded at:

① Joe Taylor          ② Karen Oprea (Unknown)
  1105 Nueces Street
  Austin, Texas 78701

_____
Pro-Se Appellant's Signature

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR.          )(   IN THE THIRD
  Pro-Se Appellant          )(   COURT OF APPEALS
vs.
THE STATE OF TEXAS          )(   OF AUSTIN, TEXAS
  Appellee          )(

## O R D E R'S

  Upon this day and date, it came before this Court for review "Arnold LaMotte, Jr.'s Motion To Subpoena All Document's From Attorney of Law Lawyers Joe Taylor And Karen Oprea, To Be Sent Or Given To The Pro-Se Appellant." After careful reviews and considerations this Court **HEREBY** ORDERS, ADJUDGES AND DECREEDS THAT:

[ ] Joe Taylor is **HEREBY** ORDER to release and send by register mail all and any contents of cause no. CICR12-300283 case in his possession to Arnold La Motte, Jr., where ever he is at and/or it is further Ordered that if personal delivery is held, Joe Taylor is to present a sworn out notarized legal document stating that all documents from his possession is given to Arnold LaMotte, within (3") three days of the signing of these Orders, showing that he has received these documents as Ordered...

[ ] Karen Oprea is **HEREBY** ORDER to release and send by register mail all and any contents of cause no. CICR12-300283 case in his possession to Arnold La Motte, Jr., where ever he is at and/or it is further **ORDERED** that if personal delivery is held, Joe Taylor is to present a sworn out notarized legal document stating that all documents from his possession is given to Arnold LaMotte, within (3) three days of the signing of these **ORDERS**, showing that he has received these documents as **ORDERED** ...

[ ] This Motion is **HEREBY** ORDERED DENIED for the following reasons of : _____
_____
_____
_____

⊗ It is <u>ORDERED</u> that this Clerk of Court is to serve copies of these Orders to all parties...

SIGNED THIS ____ DAY OF _____ , 20<u>15</u>

_____
Presiding Judge's Signature

_____
Printed Judge's Name Above

① Put with one copy set(s) of all enclosed in section being "Motion To Subpoena Attorney of Lawyers Records" and "Motion To Subpoena Court Record of Cause No. CICR12-300283", after filing with Travis County Misdemeanor clerk's office

② Put two copies sets of all enclosed of the "Motion To Subpoena Attorney of Lawyers Record" and "Motion To Subpoena Court Record of Cause No. CICR12-300283", after filing with (3rd) Third Court of Appeals...

Don't file; Separate Sheet, for Motion

# LEGAL RESEARCH REQUEST

## PLEASE COMPLETE ALL PORTIONS OF THIS FORM.
## FAILURE TO COMPLETE MAY RESULT IN DENIAL OF YOUR REQUEST.

Name and Date: Arnold LaMotte    4/15/15    Housing: HSC 13B

Booking Number: 1507853    Date of Incarceration: 2-27-15

Can you read and write English? ☒ Yes ☐ No ?Puede hablar y leer inglies? ☐ Si ☐ No

Are you: ☐ Pre-trial?    ☒ Post-conviction?

Date of Conviction: 2-23-15    (if known)

---

Please check (✓) the boxes next to the topics for which you need assistance:

☒ Current Criminal Case     ☐ Current Civil Case:

☐ Habeas Corpus (general)?     ☐ Civil rights 42 U.S.C.A. 1983 (Conditions of Confinement)

☒ Post conviction Habeas Corpus?     ☐ Appeal

☐ Federal Habeas Corpus?     ☐ Other (Briefly explain and indicate whether it is related

☐ Other (Briefly explain)     to the conditions of your confinement)_____

10 sheets of paper

Are you represented by counsel in the above case(s)? ☐ Yes    ☒ No

Attorney name: _____

Self Representation approved by court? ☒ Yes    ☐ No

Briefly describe the materials that you are requesting or the subject matter on which you are seeking assistance: Please send all of case 727 S.W. 2d, 764 ② I need the case of all 446 U.S at 335 " Cuyler vs Sullivan ③ I need State Bar of Texas full and complete address A.S.A.P. (Also if you have the form to send to them for ineffective counsel...

_Inmate Signature_

Date Request Received: _____

Staff Response: _____

_____

_____

TCSO Staff Signature / Date of response

xc:   file

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR.              ))    IN THE THIRD
      Pro-Se Appellant      ))
                     ))    COURT OF APPEALS
vs                       ))
THE STATE OF TEXAS     ))    OF AUSTIN, TEXAS
      Appellee's

MOTION TO SUBPOENA ALL DOCUMENTS AND CONTENTS IN CAUSE NUMBER CICR12-300283 CRIMINAL LOWER COUNTY COURT MISDEMEANOR CLERK'S OFFICE AND CLERK'S

    GREETING(S) CLERK'S OF PRESIDING OFFICE'S AND COURT(S);

      COMES FORTH MR. ARNOLD RAY LAMOTTE, JR. [ HEREINAFTER as the Pro-Se Appellant ), and THE STATE OF TEXAS, ( HEREINAFTER as the Appellee's and their Agencies). It is requested for the Misdemeanor Travis County, Texas Clerk(s) & Office to release all of the documents and contents out of the criminal file No. CICR12-300283, by sending the following copies of:

    1) All filed copies of Defendant's Motion's, Letter's of Inquiry, Brief's, etc...;

    2) All filed copies filed by Joe Taylor, which to include Motion's, Brief's, Note's, etc...;

    3) All filed copies filed by the State Prosecutor's & Office, which would be their Motion's, Brief's, etc...;

    4) All filed copies of the Complaint(s);

    5) All filed copies of the Information(s) Document(s);

    6) All filed Orders signed and not signed by the The County Court Six Judge...;

RECEIVED

APR 2 7 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

1 of 2

7) All the Notes, Letter's, Inside & Outside of the file/folder of Cause No: CICR12-300283 ;

8) The Docket Sheets ;

9) All filed copies filed by Attorney of Law Lawyer Karen Opree ;

10) All or Any other Motion's, Letter's, Note's, and the Jury Trial Transcripts from all of the proceedings from day one, up to current date and day reads, to be included as well...

WHEREFORE PREMISES CONSIDERED, the Pro-se Appellant prayers for the "GRANTING" of this Motion, so this or these Misdemeanor Clerk's whom had held all of the above contents and documents unlawful and illegally from the Pro-se Appellant for over 30 days to keep him from filing his Appeal and his Post Conviction Relief's Brief, and even his Motion For A New Trial For Emergency Relief's seeked...

SIGNED THIS 15th DAY OF APRIL , 2015

Respectfully submitted

~~Arnold Ray Lamotte~~
Pro-se Appellant's Signature

CERTIFICATION OF SERVICE

I, ARNOLD RAY LAMOTTE, JR., the Pro-se Appellant, HEREBY certify's that a true and correct copies of "Motion To Subpoena All Documents And Contents In Cause No. CICR12-300283 Criminal Lower County Court Misdemeanor Clerk's Office & Clerk's," has been served by and though Travis County Correction Complex Jail Law Library and Clerk's of (well) set to the Travis County, Texas Misdemeanor Clerk's Office and Two (2) sets to the Third (3ʳᵈ) Court of Appeals Clerk's Office, for Austin, Texas. EXECUTED on this 15th day of April ,2015

~~Arnold Ray Lamotte~~
Pro-se Appellant's Signature

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR. §  IN THE THIRD
    Pro-Se Appellant §
§  COURT OF APPEALS
vs §
THE STATE OF TEXAS §  OF AUSTIN, TEXAS
    Appellee's §

## ORDER'S

Upon this day and date, it came before this Third Court of Appeals Court for Austin, Texas, "Arnold LaMotte, Jr.'s Motion To Subpoena All Documents and Contents In Cause No. CICR12-300283 Criminal lower County Court Misdemeanor Clerk's Office & Clerk's." After careful considerations and reviews of the enclosed facts and Motion....

IT IS ORDERED ADJUDGED AND DECREED THAT:

[ ] This Motion is **ORDERED** "**GRANTED**" and it is further **ORDERED** that wherever Cause No. CICR12-300283 file and/or folder is at or whomever possession it is in. It is **ORDERED** from the Granting of this Motion, within three (3) days, **All** documents, Motion's, Letter's, Brief's, etc... and contents, which to include the Transcripts of all the proceedings recorded, and the inside and outside of the file/folder is **ORDERED** for three (3) sets of each page to be copy. It's furthermore **ORDERED** that these copies are to be sent to Arnold LaMotte, Jr., by first (1st) Class register mail, where he **must** signed and it be returned receipt back to this Court, as proof and evidence to complete these **ORDERS** enclosed...

[ ] This Motion is **ORDERED** "**DENIED**", for the following reasons of; _____

[X] This Clerk of Court is <u>ORDERED</u> to serve a file copy of these <u>ORDER'S</u> to <u>ALL</u> parties of this cause number listed above.

SIGNED THIS _____ DAY OF _____, 2015

_____
Presiding Judges Signature

_____
Printed Judge's above Signature Name



FOREVER

USA

MR. ARNOLD RAY LAMOTTE, SR.
Booking no. 1507853 DOB 1/27/1967
Travis County Correction Complex
3614 Bill Price Road
Del Valle, Texas 78617

EMERGENCY LEGAL DOCUMENTS ENCLOSED

ATTENTION MR. Jeffrey Kyle and/or Clerk of Court
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701



SUSTAINABLE
FORESTRY
INITIATIVE

Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© SFS 2013